UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **VINCENT LEE ROBINSON,** ) <br> ) <br> **PETITIONER** ) <br> ) <br> v. ) <br> ) <br> **WARDEN G. COHEN,** ) <br> ) <br> **RESPONDENT** ) | **CIVIL NO. 1:12-CV-294-DBH** |

### ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On December 13, 2012, the United States Magistrate Judge filed with the court, with a copy to the parties, her Recommended Decision on the petition for 28 U.S.C § 2254 seeking habeas corpus relief. The time within which to file objections expired on January 2, 2013, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The petition is **DISMISSED**.

**SO ORDERED.**

**DATED THIS 11TH DAY OF JANUARY, 2013**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**